552 A.2d 1036

**COMMONWEALTH of Pennsylvania**

v.

**Kermit WILLIAMS.**

**No. 77 E.D. Allocatur Docket 1986.**

Supreme Court of Pennsylvania.

May 29, 1987.

## ORDER

AND NOW, this 29th day of May, 1987, the Petition for Appointment of Counsel is denied. The Notice of Appeal is deemed to be a petition for allowance of appeal and, as such, is dismissed as untimely.